GEORGE ZIMMER, Administrator, etc., Respondent *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

DISPOSED of on the facts in the case.   (Reported below, 7 Hun, 552.)

*M. W. Cooke* for the appellant.

*Geo. E. Ripsom* for the respondent.

*Per Curiam mem.* for affirmance.

All concur, except ALLEN, J., not voting.

Judgment affirmed.